SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**NICHOLAS D. MEYERS, OSB #222743**
Assistant United States Attorney
Nicholas.Myers@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, Oregon   97204-2902
Telephone:    503-727-1000
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00422-SI |
| v. | NOTICE OF CRIMINAL FORFEITURE |
| BAHATI FORREST BANKS, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that on March 30, 2026, in the above-captioned case, the

United States District Court for the District of Oregon entered a Preliminary Order of Forfeiture

and Final Order of Forfeiture as to Bahati Forrest Banks, forfeiting the following property to the

United States of America:

- Glock model 22 .40 caliber pistol with associated ammunition and accessories,
- Glock model 17 Gen 4 9mm pistol with a machine gun conversion device with associated ammunition and accessories,
- Anderson Manufacturing model AM-15 multi-caliber rifle with an obliterated serial number and associated ammunition and accessories, and
- Bushmaster Firearms Carbon-15 .223 caliber rifle with associated ammunition and accessories.

Notice of Criminal Forfeiture                                                                 Page  1

YOU ARE HEREBY NOTIFIED that the United States intends to dispose of this property in such manner as the Attorney General may direct.

Pursuant to 21 U.S.C. § 853(n)(1), the United States shall publish on the official government internet site, www.forfeiture.gov; notice of this order, notice of the United States's intent to dispose of the property in such manner as the United States may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. You must petition the **United States District Court for the District of Oregon, 1000 SW Third Avenue, Suite 740, Portland, Oregon 97204** for a hearing to adjudicate the validity of your alleged legal interest in this property. If a hearing is requested, it shall be held before the Court alone, without a jury.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

A copy of the petition should be served on **Assistant United States Attorney Julia E. Jarrett, 1000 SW Third Avenue, Suite 600, Portland, Oregon 97204**.

Pursuant to Title 21, United States Code, Section 853(n)(2) and Fed. R. Crim. P. 32.2, NEITHER A CONVICTED DEFENDANT IN THE ABOVE-STYLED CASE NOR HIS/HER AGENT IS ENTITLED TO FILE A PETITION.

Notice of Criminal Forfeiture                                                                                    Page 2

ANY HEARING on your petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of your petition. The Court may consolidate your hearing on the petition with any other hearings requested on any other petitions filed by any other person other than the defendant named above.

YOU HAVE THE RIGHT at the hearing to testify and present evidence and witnesses on your own behalf and cross-examine witnesses who appear at the hearing. The United States may present evidence and witnesses in rebuttal and in defense of its claim to the property and cross-examine witnesses who appear at the hearing. In addition to testimony and evidence presented at the hearing, the Court shall consider the relevant portions of the record of the criminal cases which resulted in the Preliminary Order of Forfeiture.

If, after the hearing, the Court determines that the petitioner has established by a preponderance of the evidence that: (a) the petitioner has a legal right, title, or interest in the property, and such right, title, or interest renders the Preliminary Order of Forfeiture invalid in whole or in part because the right, title, or interest was vested in the petitioner rather than the defendant or was superior to any right, title or interest of the defendant at the time of the commission of the acts which gave rise to the forfeiture of the property; or (b) the petitioner is a bona fide purchaser for value of the right, title, or interest in the property and was at the time of purchase reasonably without cause to believe that the property was subject to forfeiture, the Court shall amend the Preliminary Order of Forfeiture in accordance with its determination.

///

///

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR

INTEREST IN THE ABOVE-DESCRIBED PROPERTY WITHIN THIRTY (30) DAYS OF

THIS NOTICE, YOUR RIGHT, TITLE, AND INTEREST IN THIS PROPERTY SHALL BE

LOST AND FORFEITED TO THE UNITED STATES OF AMERICA.

DATED: March 31, 2026.

**SCOTT E. BRADFORD**
United States Attorney

*/s/ Nicholas D. Meyers*
**NICHOLAS D. MEYERS**
Assistant United States Attorney

Notice of Criminal Forfeiture                                                                 Page 4

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have made service of the foregoing NOTICE OF CRIMINAL FORFEITURE on the person listed below by causing to be deposited in the United States mail at Portland, Oregon, on or about March 31, 2026, certified, return receipt requested, a true copy thereof in an envelope with postage thereon prepaid, addressed to:

> J. Barachiah
> *Address on file*
>
> J. Harris
> *Address on file*
>
> T. Varner
> *Address on file*

> */s/ Mari McDonald*
> MARI MCDONALD
> Paralegal